GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KRISTINE COUSINS,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO. CV 13-01027-LHK-PSG<br><br>**REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Date: June 12, 2013<br>Time: 2:00 p.m.<br>Judge: The Honorable Lucy H. Koh |
|---|---|

Undersigned counsel for Defendant Chase Bank USA, N.A. hereby requests that it be permitted to attend the June 12, 2013 case management conference by telephone. Good cause exists for this request because undersigned counsel is located in San Francisco, and travel to and from San Jose would necessarily entail over three hours out of the office to attend the conference in person. The parties previously met and conferred and prepared the Joint Case Management Statement and there are no issues in dispute regarding the scheduling of this matter.

Chase therefore respectfully requests that it be permitted to attend the case management conference via Courtcall.

RC1/7003791.1/WK1

REQUEST TO APPEAR AT CASE
MANAGEMENT CONFERENCE BY
TELEPHONE

Respectfully submitted: June 12, 2013     ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Wendy C. Krog
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued herein as JPMORGAN CHASE BANK

### [PROPOSED] ORDER

Pursuant to Defendant Chase Bank USA, N.A.'s request to appear by telephone at the June 12, 2013 case management conference, and good cause appearing therefor,

Chase's request is GRANTED. Chase's counsel shall arrange for appearance at the conference via Courtcall and shall appear by telephone no later than 1:55 p.m.

SO ORDERED.

6/12/13

THE HON. LUCY H. KOH
United States District Judge