1   GEORGE G. WEICKHARDT (SBN 58586)
    WENDY C. KROG (SBN 257010)
2   ROPERS, MAJESKI, KOHN & BENTLEY, PC
    201 Spear Street, Suite 1000
3   San Francisco, CA  94105-1667
    Telephone:   (415) 543-4800
4   Facsimile:   (415) 972-6301
    Email:        gweickhardt@rmkb.com
5                 wkrog@rmkb.com

6   Attorneys for Defendant
    CHASE BANK USA, N.A.
7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  KRISTINE COUSINS,                     CASE NO.  CV 13-01027-LHK-PSG

12              Plaintiff,                 **REQUEST TO APPEAR AT CASE
                                           MANAGEMENT CONFERENCE BY
13  v.                                     TELEPHONE**

14  CHASE BANK USA, NATIONAL               Date:     June 12, 2013
    ASSOCIATION an FDIC insured            Time:     2:00 p.m.
15  corporation and DOES 1 through 100     Judge:    The Honorable Lucy H. Koh
    inclusive,
16
                Defendants.
17

18          Undersigned counsel for Defendant Chase Bank USA, N.A. hereby requests that it be

19  permitted to attend the June 12, 2013 case management conference by telephone.  Good cause

20  exists for this request because undersigned counsel is located in San Francisco, and travel to and

21  from San Jose would necessarily entail over three hours out of the office to attend the conference

22  in person.  The parties previously met and conferred and prepared the Joint Case Management

23  Statement and there are no issues in dispute regarding the scheduling of this matter.

24          Chase therefore respectfully requests that it be permitted to attend the case management

25  conference via Courtcall.

26

27

28

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*San Francisco*

REQUEST TO APPEAR AT CASE
MANAGEMENT CONFERENCE BY
TELEPHONE

Respectfully submitted:  June 12, 2013       ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ Wendy C. Krog
    GEORGE G. WEICKHARDT
    WENDY C. KROG
    Attorneys for Defendant
    CHASE BANK USA, N.A., erroneously
    sued herein as JPMORGAN CHASE
    BANK


## [~~PROPOSED~~] ORDER

Pursuant to Defendant Chase Bank USA, N.A.'s request to appear by telephone at the June 12, 2013 case management conference, and good cause appearing therefor,

Chase's request is GRANTED.  Chase's counsel shall arrange for appearance at the conference via Courtcall and shall appear by telephone no later than 1:55 p.m.

SO ORDERED.

6/12/13

*Lucy H. Koh*

THE HON. LUCY H. KOH
United States District Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco