**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISTINE COUSINS,<br><br>     Plaintiff,<br>v.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>     Defendant. | Case No.: 13-CV-01027-LHK<br><br>ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

  The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for October 2, 2013, as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Monday, September 30, 2013 at 12 p.m.</u>  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: September 26, 2013

              _Lucy H. Koh_
              LUCY H. KOH
              United States District Judge